# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MURVILLE LAVELLE LAMPKIN, <br><br> Defendant. | Case No. 3:15-cr-00005-SLG |

### ORDER RE LETTER BY MURVILLE LAMPKIN

At Docket 1118 is a letter to the Court submitted by Defendant Murville Lampkin. Mr. Lampkin raises issues regarding being unable to earn good time credit due to being in transit and due to prison policies that prioritize putting "people with less time first" into classes.[1] He also raises multiple issues regarding prison conditions and behavior of correctional officers at FCI Victorville, where he was when he wrote the letter.[2] Mr. Lampkin has since been transferred to Lompoc USP.[3]

First, while there may be some merit to Mr. Lampkin's arguments regarding the prioritization of who may earn good time credit and substandard prison

---

[1] Docket 1118 at 1.

[2] Docket 1118 at 1-5.

[3] *See* Fed. Bureau of Prisons, Inmate Locator (available at www.bop.gov/inmateloc/) (last accessed October 2, 2023).

conditions, this Court has no jurisdiction over his claims. Mr. Lampkin may file a 28 U.S.C. § 2241 petition regarding his claims, but he must file it with the district court in the district in which he is incarcerated.[4] Since he is not incarcerated in the District of Alaska, this Court has no jurisdiction over his claims.

Second, the Court cautions Mr. Lampkin that all filings requesting relief or requesting that the Court make a ruling or take an action of any kind must be in the form of a motion, with an appropriate caption designating the name of the motion. Accordingly, the Court will take no further action on Mr. Lampkin's letter filed at Docket 1118.

DATED this 3rd day of October 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[4] *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 895 (9th Cir. 1996) (citation omitted) ("[Section 2241] petitions may only be heard in the federal district in which the petitioner is incarcerated or his immediate custodian is located."), *as amended* (May 8, 1996).

Case No. 3:15-cr-00005-SLG, *United States v. Lampkin*
Order re Letter by Murville Lampkin
Page 2 of 2
Case 3:15-cr-00005-SLG-MMS   Document 1122   Filed 10/03/23   Page 2 of 2